IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY STRANGE,                          )
                                        )        2:06-cv-2875-GEB-EFB
                    Plaintiff,          )
                                        )
        v.                              )        ORDER
                                        )
MERCK & COMPANY, INC., et al.,          )
                                        )
                    Defendants.         )
────────────────────────────────────────)

        Since it appears likely that this action will be transferred
to In re VIOXX Products Liability Litigation, Multidistrict Litigation
Proceeding No. 1657 in the Eastern District of Louisiana ("MDL-1657"),
in the interest of judicial economy, the pending motions are deemed
withdrawn and all hearings on the motions vacated, with the
understanding that the motions could be re-noticed for hearing in this
Court if the action is not transferred to MDL-1657, or could be
noticed in front of the judge assigned to MDL-1657 after the action is
transferred.

        Upon entry of this Order, further proceedings in this action
are stayed pending a decision on whether this action will be
transferred to MDL-1657, except that Defendant Merck & Company, Inc.

1  ("Defendant") shall file a status report no later than March 26, 2007,

2  in which it explains the status of its effort to transfer this action

3  to MDL-1657.

4          IT IS SO ORDERED.

5  Dated:  January 26, 2007

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28